UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH BUSLER,  )<br>　　Plaintiff,  )<br>　　　　　　　　　　　)<br>v.  )<br>　　　　　　　　　　　)<br>　　　　　　　　　　　)<br>　　　　　　　　　　　)<br>ANDREW SAUL  )<br>*Commissioner of Social Security*  )<br>　　　　Defendant.  ) | **JUDGMENT**<br><br>No. 2:18-CV-49-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 30, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on December 30, 2019, and Copies To:**
Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)


December 30, 2019　　　　　　　　　　　PETER A. MOORE, JR. CLERK
　　　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk